1  IRENE K. YESOWITCH,  State Bar No. 111575
2  JOHN B. HOOK,  State Bar No. 26743
   CHIP COX,  State Bar No. 159681
3  LONG & LEVIT LLP
   465 California Street, 5th Floor
4  San Francisco, CA 94104
   Ph.: (415) 397-2222
5  Fax: (415) 397-6392
   Email: iyesowitch@longlevit.com
6           jhook@longlevit.com
            chipc@longlevit.com
7
   Attorney for Plaintiff
8  MICHAEL D. McGRANAHAN,
   Chapter 7 Trustee for Jeff Stewart Drywall, Inc.
9

10              UNITED STATES DISTRICT COURT

11              EASTERN DISTRICT OF CALIFORNIA

12
   In re:                              Case No.: _2:07-cv-00065
13
   JEFF STEWART DRYWALL, INC.,         Chapter 7 Case No.: 05-90687-D-7
14
                     Debtor.           ADV. PROC. NO.: 06-09015-D
15
                                       **ORDER TO WITHDRAW**
16 **Tax ID#: 77-0264614**             **AUTOMATIC REFERENCE TO**
   1652 Hedburg Way, Ste. 26           **UNITED STATES BANKRUPTCY**
17 Oakdale, CA  95361                  **COURT**

18
19 MICHAEL D. McGRANAHAN,

   Chapter 7 Trustee,
20
                        Plaintiff,
21 v.

22 THE INSURANCE CORPORATION OF
   NEW YORK,
23
                        Defendant.
24

25
        The Court has reviewed the motion to withdraw the automatic reference of this adversarial
26
   proceeding to the United States Bankruptcy Court filed by plaintiff Michael D. McGranahan,
27
   Chapter 7 trustee for the bankruptcy estate of Jeff Stewart Drywall, Inc.  Having considered the
28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

Chapter 7 Case No.: 05-90687-D-7
ADV. PROC. No.: 06-09015-D

ORDER TO WITHDRAW REFERENCE OF ADVERSARIAL PROCEEDING

1  motion, the supporting papers, and the Stipulation to Withdraw the Automatic Reference to

2  Bankruptcy Court, the Court finds good cause appears, and on that basis,

3      IT IS ORDERED that the automatic reference of this adversarial proceeding to the United

4  States Bankruptcy Court for the Eastern District of California is withdrawn.

5      IT IS FURTHER ORDERED that the clerk for the United States Bankruptcy Court for the

6  Eastern District of California shall transfer the file for this matter forthwith to the clerk for the

7  United States District Court for the Eastern District of California, and this matter shall be

8  assigned to a judge in this district as provided by the Local Rules of the United States District

9  Court, Eastern District of California.

10     IT IS SO ORDERED

11  Dated:  February 2, 2007

12

13  _____

14  FRANK C. DAMRELL, JR.
    UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

Chapter 7 Case No.:  05-90687-D-7
ADV. PROC. No.:  06-09015-D

ORDER TO WITHDRAW REFERENCE OF ADVERSARIAL PROCEEDING