W. Eric Blumhardt (Bar No. 109256)
Kimberly M. Amick (Bar No. 197131)
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
P.O. Box 8035
Walnut Creek, CA  94596
Telephone:     (925) 930-6600
Facsimile:      (925) 930-6620

Attorneys for THE INSURANCE CORPORATION OF NEW YORK

# THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# MODESTO DIVISION

| | |
|---|---|
| MICHAEL D. MCGRANAHAN, Chapter 7 Trustee,<br><br>Trustee,<br><br>v.<br><br>THE INSURANCE CORPORATION OF NEW YORK,<br><br>Defendant. | CASE NO. 2:07-CV-00065-FCD-KJM<br><br>**STIPULATION BY COUNSEL TO EXTEND THE FACT-DISCOVERY CUT-OFF SIXTY (60) DAYS; ORDER** |

## STIPULATION

It is hereby stipulated by and between the parties through their respective attorneys of record as follows:

Whereas, the parties, with the court's approval agree to a stay of the factual discovery in this case sixty (60) days to October 31, 2007.  The parties agree that this stipulation extending the time to complete factual discovery is necessary in order for the parties to complete depositions and written discovery due to the unavailability of certain witnesses and the discovery of additionally relevant documents in this case.

WNA022/585593-1

Whereas, the parties agree that the extension of time to complete factual discovery will not require any additional extensions as to the deadlines prescribed by the court in its Pretrial Scheduling Order dated May 3, 2007.

Whereas, the parties are requesting the court's ratification of this stipulation based upon Federal Rules of Civil Procedure 29.

Dated:  August ___, 2007     ARCHER NORRIS

_____
Kimberly M. Amick
Attorneys for Defendants
THE INSURANCE COMPANY OF NEW YORK

Dated:  August ___, 2007     LONG & LEVITT

_____
John B. Hook
Attorneys for Plaintiffs
MICHAEL D. MCGRANAHAN, Chapter 7 Trustee

    IT IS SO ORDERED.

DATED: August 7, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

WNA022/585593-1                           2

STIPULATION TO EXTEND FACT DISCOVERY AND ORDER