IRENE K. YESOWITCH, State Bar No. 111575
JOHN B. HOOK, State Bar No. 26743
CHIP COX, State Bar No. 159681
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, CA 94104
Ph.: (415) 397-2222
Fax: (415) 397-6392
Email: iyesowitch@longlevit.com
       jhook@longlevit.com
       chipc@longlevit.com

Attorney for Plaintiff
MICHAEL D. McGRANAHAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. McGRANAHAN,<br><br>            Plaintiff,<br>v.<br><br>THE INSURANCE CORPORATION OF NEW YORK,<br><br>            Defendant. | Case No.:  2:07-cv-00065-FCD-KJM<br><br>**STIPULATION BY COUNSEL TO EXTEND TIME FOR DISCLOSING EXPERTS AND TO FILE EXPERT REPORT FOR FORTY-FIVE (45) DAYS; ORDER** |

## STIPULATION

It is hereby stipulated by and between the parties through their respective attorneys of record as follows:

Whereas, the parties desire to have their respective experts review the complete discovery before rendering their expert opinions and whereas the close of discovery was extended by stipulation and court order for sixty (60) days, the parties agree that the time for disclosure of experts and submission of expert reports pursuant to Federal Rules of Civil Procedure 26(a)(2)(B) shall be extended for a period of forty-five (45) days from September 14, 2007 to October 29, 2007,

////

////

////

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1                              CASE NO. 2:07–CV–00065–FCD–KJM
STIPULATION BY COUNSEL TO EXTEND TIME FOR DISCLOSING EXPERTS AND TO FILE EXPERT REPORT; Order

said period being more than ninety (90) days prior to the date for trial which is set for April 22, 2008.

Dated:  September _____, 2007                    ARCHER NORRIS

                                                By _____
                                                KIMBERLY M. AMICK
                                                Attorneys for Defendant
                                                THE INSURANCE COMPANY OF
                                                NEW YORK

Dated:  September _____, 2007                    LONG & LEVIT LLP

                                                By _____
                                                JOHN B. HOOK
                                                Attorneys for Plaintiff
                                                MICHAEL D. MCGRANAHAN,
                                                Chapter 7 Trustee

**ORDER**

Based upon the foregoing stipulation of counsel, IT IS SO ORDERED.

Dated:  September 20, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2                    CASE NO.  2:07–CV–00065–FCD–KJM
STIPULATION BY COUNSEL TO EXTEND TIME FOR DISCLOSING EXPERTS AND TO FILE EXPERT REPORT