IRENE K. YESOWITCH,  State Bar No. 111575
JOHN B. HOOK,  State Bar No. 26743
CHIP COX,  State Bar No. 159681
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, CA 94104
Ph.: (415) 397-2222
Fax: (415) 397-6392
Email: iyesowitch@longlevit.com
        jhook@longlevit.com
        chipc@longlevit.com

Attorney for Plaintiff
MICHAEL D. McGRANAHAN

W. ERIC BLUMHARDT (Bar No. 109256
KIMBERLY M. AMICK (Bar No. 197131)
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
P.O. Box 8035
Walnut Creek, CA  94596
Email: rblumhardt@archernorris.com
        kamick@archernorris.com

Attorneys for Defendant
THE INSURANCE CORPORATION
OF NEW YORK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. McGRANAHAN,<br><br>                    Plaintiff,<br><br>v.<br><br>THE INSURANCE CORPORATION OF NEW YORK,<br><br>                    Defendant. | Case No.:  2:07-cv-00065-FCD-KJM<br><br>**STIPULATION AND ORDER RE MOTIONS FOR SUMMARY JUDGMENT**<br><br>"AS MODIFIED" |

Plaintiff Michael McGranahan and defendant The Insurance Corporation of New York (hereinafter collectively "the Parties") stipulate and agree as follows:

WHEREAS, the Parties have encountered mutual difficulties in their factual discovery of

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

CASE NO.  2:07–CV–00065–FCD–KJM

Stipulation and Order

1  this matter;

2  　　　　　WHEREAS, in an Order dated August 7, 2007 the Court approved a Stipulation of the

3  Parties to extend factual discovery for sixty (60) days, to October 31, to permit the parties to

4  complete their factual discovery;

5  　　　　　WHEREAS, the Parties were not able to complete their factual and third party discovery

6  in time to prepare and file Motions for Partial or Summary Judgment by the deadline established

7  by the Court in its Pretrial Scheduling Order of May 3, 2007; and

8  　　　　　WHEREAS, in the interests of judicial economy and conserving resources, the Parties

9  agree that Motions for Partial or Summary Judgment may narrow and focus the trial of this

10  action;

11  　　　　　THEREFORE, plaintiff Michael McGranahan and defendant The Insurance Corporation

12  of New York stipulate and agree that the last date by when Motions for Partial or Summary

13  Judgment may be heard in this action shall be continued to February 8, 2008.

14  Dated: December 6, 2007　　　　　　　　　　　LONG & LEVIT LLP

15

16  　　　　　　　　　　　　　　　　　By　　　　/s/ Chip Cox

17  　　　　　　　　　　　　　　　　　CHIP COX
    　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

18  　　　　　　　　　　　　　　　　　MICHAEL McGRANAHAN

19  Dated: December 6, 2007　　　　　　　　　　　ARCHER NORRIS

20

21  　　　　　　　　　　　　　　　　　By　　　　/s/ Kimberly Amick

22  　　　　　　　　　　　　　　　　　KIMBERLY AMICK
    　　　　　　　　　　　　　　　　　Attorneys for Defendant

23  　　　　　　　　　　　　　　　　　THE INSURANCE CORPORATION
    　　　　　　　　　　　　　　　　　OF NEW YORK

24  /////

25  /////

26  /////

27  /////

28

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

CASE NO.  2:07–CV–00065–FCD–KJM

Stipulation and Order

**<u>ORDER</u>**

Pursuant to the stipulation above the court hereby extends the dispositive motion deadline to February 8, 2008.  The court shall not entertain any further continuances absent a motion to amend.  In light of this modification the court also extends the final pretrial conference until April 18, 2008 at 2:00 p.m.  The joint pretrial statement shall be filed no later than April 11, 2008.  The jury trial is reset for July 1, 2008 at 9:00 a.m.  All other conditions in the pretrial scheduling order shall remain in effect.

IT IS SO ORDERED.

DATED: December 11, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3

CASE NO.  2:07–CV–00065–FCD–KJM

Stipulation and Order