IRENE K. YESOWITCH, State Bar No. 111575
JOHN B. HOOK, State Bar No. 26743
CHIP COX, State Bar No. 159681
LONG & LEVIT LLP
465 California Street, 5th Floor
San Francisco, CA 94104
Ph.: (415) 397-2222
Fax: (415) 397-6392
Email: iyesowitch@longlevit.com
       jhook@longlevit.com
       chipc@longlevit.com

Attorney for Plaintiff
MICHAEL D. McGRANAHAN

W. ERIC BLUMHARDT (Bar No. 109256
KIMBERLY M. AMICK (Bar No. 197131)
ARCHER NORRIS
A Professional Law Corporation
2033 North Main Street, Suite 800
P.O. Box 8035
Walnut Creek, CA  94596
Email: rblumhardt@archernorris.com
       kamick@archernorris.com

Attorneys for Defendant
THE INSURANCE CORPORATION
OF NEW YORK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. McGRANAHAN,<br><br>            Plaintiff,<br>v.<br><br>THE INSURANCE CORPORATION OF NEW YORK,<br><br>            Defendant. | Case No.:  2:07-cv-00065-FDC-KJM<br><br>**STIPULATION AND ORDER RE EARLY SETTLEMENT CONFERENCE AND FINAL PRETRIAL CONFERENCE** |

Plaintiff Michael McGranahan and defendant The Insurance Corporation of New York (hereinafter collectively "the Parties") stipulate and agree as follows:

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1                                       CASE NO. 2:07–CV–00065–FCD–KJM
Stipulation and Order

1  WHEREAS, the Court issued a Memorandum and Order regarding various motions for
2  summary judgment and partial summary judgment on February 13, 2008;

3  WHEREAS, on its own motion, the Court continued the Trial of this matter to September
4  9, 2008, but the Final Pretrial Conference is presently scheduled for April 18, 2008; and

5  WHEREAS, the Parties have since agreed it would be mutually beneficial to formally
6  discuss a settlement agreement in this matter;

7  WHEREAS, in the interests of judicial economy and conserving resources, the Parties
8  agree that an Early Settlement Conference under Local Rule 16-270(a), before the Final Pretrial
9  Conference would be productive and effective;

10  THEREFORE, plaintiff Michael McGranahan and defendant The Insurance Corporation
11  of New York stipulate, agree and ask the Court to schedule an Early Settlement Conference under
12  Local Rule 16-270, with a Judge or Magistrate Judge other than the Judge assigned to the trial of
13  this matter, as provided under Local Rule 16-270(b);

14  The Parties further stipulate and agree to continue the Final Pretrial Conference in this
15  action until after the Early Settlement Conference, to a date convenient to the Court's calendar.

16  Dated: April 3, 2008                              LONG & LEVIT LLP

18                                              By     /s/ Chip Cox
19                                                     CHIP COX
                                                       Attorneys for Plaintiff
                                                       MICHAEL McGRANAHAN
20  //////
21  //////

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2                            CASE NO. 2:07–CV–00065–FCD–KJM
Stipulation and Order

Dated: April 3, 2008                                           ARCHER NORRIS


                                               By      /s/ Kimberly Amick
                                                       KIMBERLY AMICK
                                                       Attorneys for Defendant
                                                       THE INSURANCE CORPORATION
                                                       OF NEW YORK

## ORDER

Pursuant to the above stipulation this matter is referred to Magistrate Judge Dale A. Drozd for an Early Settlement Conference under Local Rule 16-270.  The conference is set for Thursday, May 29, 2008 at 10:00 a.m.  Seven (7) calendar days before the Settlement Conference, counsel for each party shall submit to the chambers of the settlement judge a confidential Settlement Conference Statement pursuant to Local Rule 16-270.  Such statements are neither to be filed with the Clerk nor served on opposing counsel.  Each party, however, shall serve notice on all other parties that the statement has been submitted.

In light of the above the Final pretrial Conference set for April 18, 2008 is VACATED and RESET for August 8, 2008 at 2:00 p.m.  The Joint Pretrial Conference Statement shall be filed no later than August 1, 2008.  The jury trial shall remain as set.

IT IS SO ORDERED.

Dated: April 10, 2008

                                                       _____
                                                       FRANK C. DAMRELL, JR.
                                                       UNITED STATES DISTRICT JUDGE

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

3                             CASE NO. 2:07–CV–00065–FCD–KJM
Stipulation and Order