W. Eric Blumhardt (Bar No. 109256)
rblumhardt@archernorris.com
Kimberly M. Amick (Bar No. 197131)
kamick@archernorris.com
ARCHER NORRIS
2033 North Main Street, Suite 800
Walnut Creek, CA  94596-3759
Telephone:   925.930.6600
Facsimile:    925.930.6620

Attorneys for Defendant
Insurance Corporation of New York
("INSCORP")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. MCGRANAHAN, Chapter 7 Trustee,<br><br>Plaintiff,<br><br>v.<br><br>THE INSURANCE CORPORATION OF NEW YORK,<br><br>Defendant. | Case No. 2:07-CV-00065-FCD-KJM<br><br>Chapter 7 Case No. 05-90687-D-7<br><br>**ORDER CONTINUING TRIAL DATE AND ALL RELEVANT DEADLINES PERTAINING THERETO, AND PERMITTING SUBMISSION OF ADDITIONAL MOTIONS FOR SUMMARY ADJUDICATION/ JUDGMENT.** |

WNA022/682152-1

The parties hereto having so stipulated, IT IS ORDERED THAT:

1. The parties are permitted to file additional cross-motions for summary judgment; and the hearing date on the parties' cross-motion for summary judgment is set for October 3, 2008, at 10:00 a.m.

2. The final pretrial conference is continued from August 8, 2008 to December 5, 2008, at 2:00 p.m.

3. The trial date is continued from September 9, 2008 to February 24, 2009, at 9:00 a.m.

Dated: July 23, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE