UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

MICHAEL D. McGRANAHAN,

        Plaintiff,

    v.

THE INSURANCE CORPORATION OF NEW YORK,

        Defendant.

NO. CIV. S-07-0065 FCD KJM

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    Plaintiff filed this action on January 10, 2007, and is currently set for trial on August 11, 2009.  On July 2, 2009 defendant filed a Notice of Injunction of Prosecution of Action.  On July 7, 2009 the Court issued a Minute Order requiring a Joint Status Report be filed by July 22, 2009 in light of the notice filed by defendant.  As of today's date, no Joint Status Report has been filed.

    The Court, therefore, makes the following order:

    1.   Counsel are ordered to show cause why they should not be sanctioned in the amount of $150.00 each for failing to comply

1  with the Court's July 7, 2009 Minute Order.

2       2.   Counsel shall file a response to this order to show
3  cause on or before July 31, 2009.

4       3.   If a hearing is necessary on this order to show cause,
5  it shall be held August 7, 2009 at 10:00 a.m. in Courtroom #2.

6       4. The trial date of August 11, 2009 is hereby VACATED, and
7  will be reset, if necessary, after the resolution of the order to
8  show cause.

9       IT IS SO ORDERED.

10 DATED: July 24, 2009.

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE